UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

**Court of Appeals No.** _____

**CASE INFORMATION:**

Short Case Title: _____ USA vs. Guerra-Lopez _____
District, Division & Judge _____ AZ - PHX - Judge   Frederick J. Martone _____

**District Court Case No.** _____ **CR 06-0835-PHX-FJM** _____
Date Complaint Filed: _____
Date Appealed order/judgment *entered*: __8/23/07__
Date NOA *filed*: __8/30/07__
Date of Indictment __9/12/06__   Plea Hearing __4/10/07__   Sentencing __8/21/07__

COA Status (check one):  ☐ granted in full (attach order)    ☐ denied in full (send record)
                         ☐ granted in part (attach order)    ☐ pending
                         ☐ no COA required (2241)

☐ Certificate of Record included - No Court Reporter

Court Reporter(s) Name & Phone Number: _____ Linda Schroeder  602-322-7249 _____

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____         Date Docket Fee Billed: _____
Date IFP granted:  __8/30/06__         Date IFP denied: _____
Is IFP pending? ☐ yes  ☐ no                    Was IFP limited ☐?  Revoked ☐?
US Government Appeal? ☒ yes  ☐ no
Companion Cases?  Please list: _____

*Please attach copy of any order granting, denying or revoking IFP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:              Appellee Counsel:
Jerry Hernandez                 Timothy Andrews

      ☐retained  ☒CJA  ☐ FPD  ☐ Pro Se  ☐ Other -----  *Please attach appointment order.*
      ☒ **See attached docket for names/addresses/phone numbers**

**DEFENDANT INFORMATION**
Prisoner ID _____          Address:
Custody  ☒yes  ☐ no           Bail _____

Other docs included in this packet:

Name & Phone Number of Person Completing this Form: . _____ s/ Ruth E. Williams _____
                                                            602-322-7219

**Ninth Circuit  -  Please acknowledge receipt of this appeal on the enclosed copy**.