# AO 435 (Rev. 10/05)

Administrative Office of the United States Courts

## TRANSCRIPT ORDER

*Read Instructions on Back:*

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Francisco Leon | (520) 620-1800 | 10/5/2007 |

| 4. FIRM NAME |
|---|
| Francisco Leon, P.C. |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 177 North Church Avenue, Suite 911 | Tucson | Az | 85701 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR06-00835-FJM | Frederick J. Martone | 11. 4/10/2007 | 12. 8/21/2007 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| USA vs. Ernesto Trinidad Guerra-Lopez | 14. Phoenix | 15. STATE Az |

**16. ORDER FOR**
- [X] APPEAL
- [X] CRIMINAL
- [X] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [X] SENTENCING | 8/21/2007 | Change of Plea Hearing | 4/10/2007 |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | PAPER COPY [X] | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | ELECTRONIC COPY: DISK [ ] | |
| DAILY | [ ] | [ ] | NO. OF COPIES | E-MAIL [ ] | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| ESTIMATE TOTAL | 0.00 |

**19. SIGNATURE**
s/Francisco Leon

PROCESSED BY         PHONE NUMBER

**20. DATE** 10/5/2007

TRANSCRIPT TO BE PREPARED BY

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY