Francisco León, Esq.
**FRANCISCO LEÓN, P.C.**
177 North Church Ave., Suite 911
Tucson, Arizona 85701
(520) 620-1800
FAX (520) 624-5586
State Bar No: 6578
Pima County Bar No. 33924
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) No. CR-06-0835-PHX-FJM |
| **Plaintiff**, | ) |
| **vs.** | ) |
| | ) **NOTICE OF APPEARANCE** |
| **ERNESTO TRINIDAD GUERRA-LOPEZ,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

Please take notice that Francisco León, Esq. of 177 N. Church Avenue, Suite 911, Tucson, Arizona 85701, does hereby enters his notice of appearance for Defendant **ERNESTO TRINIDAD GUERRA-LOPEZ** for all matters herein.

**RESPECTFULLY SUBMITTED** this  8th  day of October, 2007.

**FRANCISCO LEÓN, P.C.**


*s/ Francisco León,*_____
Francisco León, Esq.
Attorney for Defendant

Copy of the foregoing served electronically
or by other means this  8th  day of October,
2007, to:

Timothy Francisco Andrews
Assistant U.S. Attorney

Ernersto Trinidad Guerra-Lopez
Defendant